IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THOMAS RAY YOUNG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-639-C |
| | ) | |
| DAVID PARKER, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Robert E. Bacharach, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Bacharach entered a Report and Recommendation on December 8, 2011, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

Petitioner's Objection attacks only the conclusion announced in the Report and Recommendation regarding propensity evidence. Thus, the conclusions regarding Ground Two, the use of other crimes evidence, have not been objected to and will be adopted. As to the propensity evidence, the Court finds that the facts and law set out in the Report and Recommendation are accurate and nothing argued by Petitioner requires a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 14), and for the reasons announced therein, denies this petition for habeas corpus relief.  A judgment will enter accordingly.

IT IS SO ORDERED this 17th day of January, 2012.

ROBIN J. CAUTHRON
United States District Judge